UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | | |
|---|---|---|
| Case No. | **CV 21-4802 MWF (PVCx)** | Date: **July 9, 2021** |
| Title | Skeino, LLC, et al. v. April Reis, et al. | |

Present: The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

Deputy Clerk:                             Court Reporter:
Rita Sanchez                              Not Reported

Attorneys Present for Plaintiff:          Attorneys Present for Defendant:
None Present                              None Present

**Proceedings (In Chambers):** ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION

    Plaintiffs Skeino, LLC ("Skeino FL"), Bjoern Coordt, and Rex Edward initiated this action against Defendants April Reis, Christopher Reis, and SKEINO, LLC ("Skeino CA") on June 13, 2021, asserting state law claims for breach of contract, breach of fiduciary duty, and negligence. (*See generally* Complaint (Docket No. 1)). Plaintiffs attempt to invoke this Court's diversity jurisdiction pursuant to 28 U.S.C. § 1332. (Complaint ¶ 14).

    "[F]ederal courts have an independent obligation to ensure that they do not exceed the scope of their jurisdiction." *Henderson ex rel. Henderson v. Shinseki*, 562 U.S. 428, 434 (2011) (assessing whether a provision of a federal statute had jurisdictional consequences).

    Jurisdiction under § 1332 requires that the amount in controversy exceed $75,000 and that the parties meet the complete diversity rule. 28 U.S.C. § 1332(a); *Newman-Green, Inc. v. Alfonzo-Larrain*, 490 U.S. 826, 829 (1989). For complete diversity to exist, the state citizenship of every plaintiff must differ from the state citizenship of every defendant. *Newman-Green*, 490 U.S. at 829. In the case of limited liability companies, the company is considered a citizen of every state of which its owners or members are citizens. *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 889 (9th Cir. 2006) ("We . . . join our sister circuits and hold that, like a partnership, an LLC is a citizen of every state of which its owners/members are citizens.").

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. **CV 21-4802 MWF (PVCx)** | Date: **July 9, 2021** |
| Title: Skeino, LLC, et al. v. April Reis, et al. | |

The Complaint does not specify the citizenship of the owners or members of either Plaintiff Skeino FL or Defendant Skeino CA. (Complaint ¶¶ 2, 8). Instead, Plaintiffs assert that Plaintiff Skeino FL is a Florida corporation with principal place of business located in Fort Myers, Florida, and that Defendant Skeino CA is a California corporation with its principal place of business in "the State of California." (*Id.*). Plaintiffs also state that Bjoern Coordt and Rex Tannahill are "corporate officer[s]" of Skeino FL. (*Id.* ¶ 5). These facts are irrelevant for determining Plaintiff's and Defendant's citizenship. Plaintiffs must identify the citizenships of all of Plaintiff's and Defendant's owners or members. Without such information, the Court cannot determine whether the complete diversity requirement has been met.

Accordingly, Plaintiffs are **ORDERED TO SHOW CAUSE** in writing, on or before **July 16, 2021**, why this action should not be dismissed for lack of subject matter jurisdiction. Plaintiff's failure to respond by the above date will result in dismissal of the action without prejudice.

IT IS SO ORDERED.