UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| **Case No.** | CV 21-4802-MWF (PVCx) | **Date:** | July 11, 2022 |
| **Title:** | Skeino, LLC et al. v. April Reis et al. | | |

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER STAYING CASE, ORDER TO SHOW CAUSE

In light of Defendants April Reis and Christopher Reis's Chapter 7 filing in the United States Bankruptcy Court for the District of Arizona, dated April 28, 2022 (*see* Docket No. 58), this action is hereby **STAYED** as to Defendants April Reis and Christopher Reis pursuant to 11 U.S.C. § 362.

Given that Defendants April Reis and Christopher Reis are appearing pro se in this action, Plaintiffs shall file a status report every 90 days beginning on **September 23, 2022**. In the status reports, Plaintiffs shall inform the Court (a) whether or not they aware of any developments in the bankruptcy proceeding that impact the continued propriety of the stay and (b) whether they intend to pursue their claims in this Court if and when the stay is lifted. Failure to file such status reports will result in dismissal of this action as against Defendants April Reis and Christopher Reis without prejudice. Alternatively, Plaintiffs may voluntarily dismiss this action without prejudice.

Further, in light of the Default By Clerk [40] entered on January 19, 2022, the Court sets a hearing for Order To Show Cause Re Default Judgment for July 18, 2022 at 11:30 a.m. If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.

Any Motion for default judgment must comply with the Court's Procedures and Schedules. *See* http://www.cacd.uscourts.gov/honorable-michael-w-fitzgerald.

| | |
|---|---:|
| **CIVIL MINUTES—GENERAL** | 1 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | |
|---|---|
| **Case No.** CV 21-4802-MWF (PVCx) | **Date:** July 11, 2022 |
| **Title:** Skeino, LLC et al. v. April Reis et al. | |

IT IS SO ORDERED.

The Court may not provide advice to any party, including persons who are not represented by a lawyer. (Such persons are known as "pro se litigants.") However, this District does have a "Pro Se Clinic" that can provide information and assistance about many aspects of civil litigation in this Court. Public Counsel's Federal Pro Se Clinic provides free legal assistance to people representing themselves in the United States District Court for the Central District of California. The Pro Se Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, California 90012.

The United States District of the Central District of California has activated its Continuity of Operations Plan ("COOP") arising from the COVID-19 pandemic, effective March 23, 2020. While the COOP is in place, the Los Angeles Pro Se Clinic is closed, but is providing remote assistance via telephone and/or email. For more information, you can call the clinic at (213) 385-2977, ext. 270, or visit the following site: tinyurl.com/fedproseclinic.

In addition, the Court has information of importance to pro se litigants at the "People Without Lawyers" link, https://prose.cacd.uscourts.gov/.

Pro se litigants may also apply to the Court for permission to electronically file. Form CV-005 is available at https://www.cacd.uscourts.gov/court-procedures/forms.

The Court's website home page is https://www.cacd.uscourts.gov.