UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-4802-MWF(PVCx)**                              Date: December 6, 2023

Title        **Skeino, LLC, et al. v. April Reis, et al.**

Present: The Honorable:    MICHAEL W. FITZGERALD, United States District Judge

|                     Rita Sanchez                     |                     Not Reported                     |
| :---: | :---: |
|                     Deputy Clerk                     |              Court Reporter / Recorder               |

|      Attorneys Present for Plaintiffs:      |      Attorneys Present for Defendants:      |
| :---: | :---: |
|                 Not Present                 |                 Not Present                 |

**Proceedings:  (IN CHAMBERS) ORDER**

The procedural history in this matter has been set forth in prior Orders.  On November 17, 2023, the Court filed an Order that granted Plaintiffs' Request to Withdraw Motion for Default Judgment; denying without prejudice Plaintiffs' Motion for Default Judgment and vacating the hearing; and ordering Plaintiffs and their counsel to show cause why this action should not be dismissed for lack of prosecution.  ("Order," Docket No. 136).  Plaintiffs' counsel has not filed a request for approval of substitution of attorney for the individual and entity Plaintiffs, or a motion to be relieved as counsel by the Court's imposed deadline of December 4, 2023.

The Order advised that "[T]he Court will not entertain any direct communication from Plaintiffs while they are represented by counsel."  Despite that, on December 1 or 4, 2023, a package of documents, purportedly from Plaintiffs Bjorn Coordt and Rex Edward Tannahill, was left in the Court's chambers copy dropbox.  Plaintiffs submitted a document dated November 28, 2023, titled "Plaintiffs Response to Order to Show Cause," with numerous attachments.

The Court will not file in Plaintiffs' documents.  If Plaintiffs Coordt and Tannahill wish to proceed without counsel, they may do so by filing a Request for

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-4802-MWF(PVCx)**                    Date: December 6, 2023

Title        **Skeino, LLC, et al. v. April Reis, et al.**

Approval of Substitution of Counsel.  The Court will approve the Request whether or not it is signed by attorney Vasumathi Vijayraghavan.  However, as previously stated, Plaintiff Skeino, LLC ***must*** be represented by an attorney to proceed in this action.  If Plaintiffs Coordt and Tannahill elect to proceed pro se, they will be required to follow all Local Rules and this Court's procedures.

The Court will permit Plaintiffs **one final** attempt to proceed pro se.  By no later than **JANUARY 5, 2024**, Plaintiffs Coordt and Tannahill must properly substitute in to proceed pro se.  As a courtesy, the required forms are attached to this Order.  If Plaintiff Skeino, LLC does not retain new counsel by that date, it will be terminated and will not be permitted to proceed in this action.

If Plaintiffs Coordt and Tannahill properly proceed pro se, they will be permitted to re-file a Motion for Default Judgment.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **JANUARY 5, 2024** will result in the dismissal of this action.

As a courtesy, this Order will be emailed to Plaintiffs Coordt and Tannahill by Chambers staff.  Plaintiffs may not respond by email.

IT IS SO ORDERED.

**PRO SE CLINIC**:  ***The Court cannot provide advice to any party, including pro se litigants***.  There is a free "Pro Se Clinic" that can provide information and assistance about many aspects of civil litigation in this Court.  The

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-4802-MWF(PVCx)**                    Date: December 6, 2023

Title         **Skeino, LLC, et al. v. April Reis, et al.**

Court has information of importance to pro se litigants at the "People Without Lawyers" link, http://prose.cacd.uscourts.gov/.

☒ **Los Angeles**

     Parties in court without a lawyer are called "*pro se* litigants."  These parties often face special challenges in federal court. Public Counsel runs a free Federal *Pro Se* Clinic where *pro se* litigants can get information and guidance.  The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012 (note that the clinic may not be open for in-person appointments during the pandemic).  *Pro se* litigants must call or submit an on-line application to request services as follows:  on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.

     **ELECTRONIC DOCUMENT SUBMISSION SYSTEM (EDSS)**:  Pro se litigants (who have been approved to appear pro se) may submit documents for filing through the Court's Electronic Document Submission System (EDSS) instead of mailing or bringing documents to the Clerk's Office.  Only internet access and an e-mail address are required.  Documents are submitted in PDF format through an online portal on the Court's website.  To access EDSS and for additional information, visit the Court's website at https://apps.cacd.uscourts.gov/edss.

     **ELECTRONIC FILING**:  Pro se litigants may also apply to the Court for permission to electronically file.  Form CV-005 is available at http://www.cacd.uscourts.gov/court-procedures/forms.

     The Court's website home page is http://www.cacd.uscourts.gov.

Name and address:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  | CASE NUMBER: |
|---|---|---|
| | PLAINTIFF(S) | |
| v. | | **REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL** |
| | DEFENDANT(S) | |

## INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission **if** another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution **is** required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

## SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it <u>currently</u> appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: _____   CA Bar Number: _____

Firm or agency: _____

Address: _____

Telephone Number: _____   Fax Number: _____

E-mail: _____

Counsel of record for the following party or parties: _____

_____

_____

Other members of the same firm or agency also seeking to withdraw: _____

_____

_____

## SECTION II - NEW REPRESENTATION

☐     No new counsel is necessary.  The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐     The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☐     The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: _____    CA Bar Number: _____

Firm or agency: _____

Address: _____

Telephone Number: _____    Fax Number: _____

E-mail: _____

## SECTION III - SIGNATURES

### *Withdrawing Attorney*

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney."  I have given notice as required by Local Rule 83-2.3.  I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: _____      Signature: _____

                                         Name: _____

### *New Attorney (if applicable)*

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II.  I am a member in good standing of the Bar of this Court.

Date: _____      Signature: _____

                                         Name: _____

### *Party Represented by Withdrawing Attorney*

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above.  I consent to the withdrawal of my current counsel, and to (*check if applicable*):

                              ☐ substitution of counsel as specified above.

                              ☐ representing myself *pro se* in this case.

Date: _____      Signature: _____

                                         Name: _____

                                         Title: _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER |
|---|---|
| Plaintiff(s) |  |
| v. |  |
| Defendant(s) | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

☐ Plaintiff ☐ Defendant ☐ Other

_____      _____
*Name of Party*

to substitute _____ who is

☐ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

_____
*Street Address*

_____      _____
*City, State, Zip*                                    *E-Mail Address*

_____      _____      _____
*Telephone Number*              *Fax Number*                    *State Bar Number*

as attorney of record instead of _____
*List **all** attorneys from same firm or agency who are withdrawing.*

_____

**is hereby**   ☐ **GRANTED**   ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____      _____
                                              U. S. District Judge/U.S. Magistrate Judge